

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 92–903.  POSTERS 'N' THINGS, LTD., ET AL. *v.* UNITED STATES, 511 U. S. 513;

No. 92–1370.  BFP *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER OF IMPERIAL FEDERAL SAVINGS ASSN., ET AL., 511 U. S. 531;

No. 93–289.  DALTON, SECRETARY OF THE NAVY, ET AL. *v.* SPECTER ET AL., 511 U. S. 462;

No. 93–1257.  CATLETT *v.* VIRGINIA, 511 U. S. 1005;

No. 93–1407.  PEARSON *v.* UNITED STATES, 511 U. S. 1126;

No. 93–1498.  SAKARIA ET AL. *v.* TRANS WORLD AIRLINES, 511 U. S. 1083;

No. 93–7824.  TITLEMORE *v.* RAYMOND ET AL., 511 U. S. 1036;

No. 93–7995.  EDWARDS *v.* PHOEBE PUTNEY MEMORIAL HOSPITAL ET AL., 511 U. S. 1039;

No. 93–8189.  CRAWFORD *v.* CONNELL, 511 U. S. 1073;

No. 93–8230.  BACON *v.* DEPARTMENT OF THE AIR FORCE, 511 U. S. 1043;

No. 93–8343.  SPYCHALA v. GOMEZ, 511 U. S. 1089;

No. 93–8367.  DUNN v. REGENTS OF THE UNIVERSITY OF CALIFORNIA, 511 U. S. 1090;

No. 93–8446.  DORADO v. MARYLAND, 511 U. S. 1092;

No. 93–8460.  SEAGRAVE v. COUNTY OF LAKE ET AL., 511 U. S. 1092;

No. 93–8480.  DEMPSEY v. RANGAIRE CORP., 511 U. S. 1092;

No. 93–8518.  KOTAS ET UX. v. JOURNAL COMMUNICATIONS ET AL., 511 U. S. 1093;

No. 93–8519.  IN RE PREUSS, 511 U. S. 1081;

No. 93–8556.  JACKSON ET UX. v. CITY OF RENO, 511 U. S. 1094;

No. 93–8653.  WALLACE v. UNITED STATES, 511 U. S. 1095; and

No. 93–9003.  RYSKAMP v. UNITED STATES, 511 U. S. 1148. Petitions for rehearing denied.

No. 93–609.  MORGAN STANLEY & CO., INC., ET AL. v. PACIFIC MUTUAL LIFE INSURANCE CO. ET AL., 511 U. S. 658.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–8226.  FORD v. ALABAMA, 511 U. S. 1078;

No. 93–8405.  CODE v. LOUISIANA, 511 U. S. 1100; and

No. 93–8736.  CONKLIN v. ZANT, WARDEN, 511 U. S. 1100.  Petitions for rehearing denied.  JUSTICE BLACKMUN dissents from the denial of rehearing.  He would grant the petitions for rehearing, grant the petitions for certiorari, and vacate petitioners' death sentences.  See Callins v. Collins, 510 U. S. 1141, 1143 (1994).

No. 93–8289.  TRAUNIG v. DEPARTMENT OF VETERANS AFFAIRS, 511 U. S. 1044; and

No. 93–8615.  DOWELL v. WRIGHT ET AL., 511 U. S. 1077.  Motions for leave to file petitions for rehearing denied.

JUNE 30, 1994

No. 93–1108.  McWHERTER, GOVERNOR OF TENNESSEE, ET AL. v. RURAL WEST TENNESSEE AFRICAN-AMERICAN AFFAIRS COUNCIL, INC., ET AL.; and